No. —— ——. FADAYINI *v.* UNITED STATES. Motion of Gregory Burr MacCaulay to withdraw as Court-appointed counsel for petitioner granted.

No. D–1466. IN RE DISBARMENT OF WALSH. Disbarment entered. [For earlier order herein, see *ante*, p. 984.]

No. D–1467. IN RE DISBARMENT OF WILSON. Disbarment entered. [For earlier order herein, see *ante*, p. 997.]

No. D–1493. IN RE DISBARMENT OF SCOTT. Due to mistaken identity, the order entered January 9, 1995 [*ante*, p. 1073], suspending Winfield William Scott, of Dallas, Tex., from the Bar of this Court is vacated, and the rule to show cause is discharged.

No. D–1496. IN RE DISBARMENT OF HOTZE. It is ordered that T. Wilson Hotze, of Richmond, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–1408. NEW YORK STATE CONFERENCE OF BLUE CROSS & BLUE SHIELD PLANS ET AL. *v.* TRAVELERS INSURANCE CO. ET AL.;
No. 93–1414. PATAKI, GOVERNOR OF NEW YORK, ET AL. *v.* TRAVELERS INSURANCE CO. ET AL.; and
No. 93–1415. HOSPITAL ASSOCIATION OF NEW YORK STATE *v.* TRAVELERS INSURANCE CO. ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 920.] Motion of Federation of American Health Systems for leave to file a brief as *amicus curiae* granted.

No. 93–1841. ADARAND CONSTRUCTORS, INC. *v.* PENA, SECRETARY OF TRANSPORTATION, ET AL. C. A. 10th Cir. [Certiorari granted, 512 U. S. 1288.] Motion of Maryland Women Business Entrepreneurs Association et al. for leave to participate in oral argument as *amici curiae* denied.

No. 94–23. CITY OF EDMONDS *v.* OXFORD HOUSE, INC., ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 959.] Motion of the Solicitor General for divided argument granted to be divided as follows: 15 minutes for the Solicitor General and 15 minutes for the private respondents.

No. 94–167. GUTIERREZ DE MARTINEZ ET AL. *v.* LAMAGNO ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 998.] Motion